Jeffrey J. Goodrich (SBN 107577)
GOODRICH & ASSOCIATES
336 Bon Air Center, #335
Greenbrae, CA 94904
(415) 925-8630
(415) 925-9242

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CHAPTER 13 |
| JEFFREY K. RODMAN and DOREEN D. RODMAN, | Case No. 19-31010-DM |
| | **DEBTORS' PARTIAL OPPOSITION TO MOTION OF LEK SERVICE CORP FOR RELIEF FROM STAY** |
| Debtors | Date: December 3, 2020<br>Time: 9:00 a.m.<br>Place: Telephonic Appearance |

Jeffrey and Doreen Rodman, debtors herein ("Debtors") submit the following partial

opposition to the motion of LEK SERVICE CORP ("Lek") for relief from stay ("Motion").

1. After the filing of Lek's Motion, Debtors closed a refinance of Lek's loan. Attached hereto as Exhibit "A" is a true and correct copy of the Debtor's refinance Closing Statement showing the full payoff of Lek's secured claim.

2. Based upon the attached Closing Statement, the Debtors objected to any waiver of the fourteen-day stay under Bankruptcy Rule 4001(a)(3). The fourteen-day stay will be sufficient to allow all checks from the refinance to clear and for Lek to confirm receipt of full payment prior to the stay terminating. If the stay is waived, and Lek either does not receive its check on December 3 or fails to cash it, Debtors are concerned that Lek would be free to notice a Trustee's Sale of the Debtors' home and add the cost of such publication to a revised loan payoff demand with the Chapter 13 Trustee.

DATED: December 2, 2020                                GOODRICH & ASSOCIATES

/s/ Jeffrey J. Goodrich
Jeffrey J. Goodrich
Attorneys for Debtor