BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
46 N. Second Street, Suite A
Campbell, California 95008
Telephone: (408) 866-2999
Facsimile:  (408) 866-2992
E-Mail: ben@benlevinsonlaw.com

Attorney for Secured Creditor
LEK SERVICE CORP.

Signed and Filed: December 8, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re: | Case No. 19-31010-DM |
| | Chapter 13 |
| JEFFREY K. RODMAN AND | |
| DOREEN RODMAN, | RS No. BRL-351 |
| | |
| | ORDER TERMINATING AUTOMATIC STAY |
| | |
| | DATE: December 3, 2020 |
| Debtors. | TIME:  9:00 a.m. |
| _____/ | DEPT:  17 |

      Creditor LEK SERVICE CORP. (hereinafter "Secured Creditor") having filed a Motion For Order Terminating Stay, and the Motion having been set for hearing before this Court on December 3, 2020; Jeffrey Goodrich appearing on behalf of Debtors and Benjamin R. Levinson appearing on behalf of Secured Creditor; and no appearance on behalf of the Chapter 13 Trustee, and the court reviewing the evidence and finding that cause exists to make the following Order;

      1.      IT IS HEREBY ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362(a) is terminated upon entry of this Order as to Debtors' interest and the Chapter 13 Trustee's interest with respect to the real property commonly known as 19 Claremont Circle, Millbrae, California (the

"Property") which has a legal description as follows:

> "Lot 9, Block 29, as shown on that certain Map entitled "Millbrae Meadows No. 5, Millbrae, San Mateo County, California, filed in the office of the recorder of the County of San Mateo, State of California on September 25, 1962 in Book 56 of Maps at page(s) 46 and 48." (APN: 02-223-330)

and the Secured Creditor or its assigns or successors are hereby authorized and permitted, at its convenience and without further order of this Court, to exercise the rights provided by the laws of the State of California and by the terms and conditions of its promissory note and Deed of Trust including, but not limited to, beginning, continuing or completing foreclosure under its Deed of Trust.

    2.    IT IS FURTHER ORDERED that the automatic stay as it pertains to Secured Creditor's interest in the Property shall be and is terminated and vacated for all its foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law.

    3.    IT IS FURTHER ORDERED that subsequent to any foreclosure sale or trustee's sale taking place, the automatic stay is terminated to allow the purchaser at any foreclosure sale or trustee's sale to obtain possession of the Property from Debtors.

    4.    IT IS FURTHER ORDERED that the fourteen day stay period after entry of the Order under Bankruptcy Rule 4001(a)(3) is **NOT** waived.

***END OF ORDER***

COURT SERVICE LIST

Jeffrey K. Rodman
Doreen D. Rodman
19 Claremont Circle
Millbrae, CA 94030

ALL OTHERS SERVED BY ECF